**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-2267

_____

JAMES W. BLEVINS,

              Plaintiff - Appellant,

        v.

TERRY SUAREZ; ROBERT SANDELL; DEBBIE SYDOW; RICHARD
PHILLIPS; MOUNTAIN EMPIRE COMMUNITY COLLEGE; VIRGINIA
COMMUNITY COLLEGE – STATE OF VIRGINIA,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Jackson L. Kiser, Senior
District Judge.  (4:08-cv-00014-jlk-mfu)

_____

Submitted:  March 19, 2009          Decided:  April 13, 2009

_____

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James W. Blevins, Appellant Pro Se. Gregory Clayton Fleming,
Senior Assistant Attorney General, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James W. Blevins appeals the district court's order dismissing his civil complaint for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Blevins v. Suarez</u>, No. 4:08-cv-00014-jlk-mfu (W.D. Va. Oct. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>